## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **J.H., BY AND THROUGH HIS PARENTS,** | : | |
| **M.D. AND M.H.,** | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | **NO. 18-0925** |
| **ROSE VALLEY CHORUS &** | : | |
| **ORCHESTRA, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this __17th__ day of January, 2019, upon consideration of Plaintiff's Sealed

Unopposed Petition for Leave to Compromise Minor's Action (ECF No. 19), **IT IS HEREBY**

**ORDERED AND DECREED** that Plaintiff's Petition is **GRANTED** under Local Rule of Civil

Procedure 41.2 and the Parties are permitted to enter into the Confidential Settlement Agreement

and Release attached as Exhibit C to Plaintiff's Petition.[1]

**IT IS FURTHER ORDERED** as follows:

1.    Defendants shall make payment of the settlement sum set forth in the Confidential

Settlement Agreement and Release by check to Plaintiff's counsel, Kershenbaum

& Raffaele, within **twenty (20) days** of the date of this Order;

2.    Plaintiff's counsel shall then place the settlement sum in a trust account for the

benefit of Plaintiff, J.H; and

3.    The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

**/s/ Petrese B. Tucker**

**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] Local Rule of Civil Procedure 41.2 provides that "[n]o claim of a minor . . . shall be compromised, settled, or dismissed unless approved by the court."